| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HUNTINGTON CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF HUNTINGTON | ) | CAUSE NO.: |

| | |
|---|---|
| TODD FOWLER, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ECHO LAKE FOODS INC., | ) |
|     Defendant. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Todd Fowler ("Fowler") and for his causes of action against the Defendant, Echo Lake Foods Inc. ("Echo Lake") states and alleges as follows:

### I. INTRODUCTION

1. This is an action by Fowler against his former employer, Echo Lake, for breach of an oral agreement of employment for one (1) year. Fowler was employed by Echo Lake as Plant Manager at Echo Lake's facility in Huntington, Indiana from on or about 2014 until his termination on November 10, 2023. On or about September 23, 2023 Fowler had a telephone conversation with Echo Lake President Scott Meinerz ("Meinerz") in which Meinerz promised Fowler that if he would agree to stay with Echo Lake for one (1) year, he would be given a pay raise, the company would send Fowler and his wife a second time to vacation in the Bahamas and at the end of the one (1) year period he (Fowler) would be given a bonus in the amount of his base salary. Fowler accepted the offer and told Meinerz he had his word that he would stay another year.

Fowler was terminated from his employment with Echo Lake on or about November 10, 2023 without good cause and shortly after oral statements were made by Echo Lake management and consultants that the company needed to bring in younger people, the senior management was

getting too old, and the company needed younger blood in the organization. Fowler is fifty-five (55) years old with a date of birth of 6/21/68.

Fowler seeks all damages recoverable under Indiana law including, but not limited to, lost wages and bonuses, the lost value of his fringe benefits with the company, prejudgment interest, and the costs of this action.

## II.     PARTIES

2.    Fowler is an individual citizen and resident of Fort Wayne, Indiana.

3.    Echo Lake is a corporation organized and existing under and by virtue of the State of Wisconsin with its corporate offices located at W222 N833 Cheaney Dr, Waukesha D, Wisconsin, 53188, which owns and operates a facility at 435 W. State St., Huntington, Indiana, 46750.

## III.     JURISDICTION AND VENUE

4.    Jurisdiction is proper because Fowler resides in the State of Indiana and Echo Lake does business in Indiana and the cause of action arises out of Echo Lake's doing business in Indiana.

5.    Venue is proper in Huntington County per Rule 75(A)(3) of the Indiana Rules of Trial Procedure because the defendant organization is located in Huntington County.

## IV.     FACTS

6.    Fowler incorporates by reference paragraphs one (1) through five (5) of this Complaint as if same were fully set forth herein.

7.    On or about October 13, 2023 Fowler sent Meinerz an email confirming in writing his acceptance of Echo Lake's offer.

8. During Fowler's approximately nine (9) years as Plant Manager he never received any disciplinary action and received raises every year.

9. Fowler's employment as Plant Manager at Echo Lake was at all times satisfactory.

10. As a result of Echo Lake's unlawful breach of the employment contract it had with Fowler, he has suffered damages including, but not limited to, lost wages, lost bonuses and lost fringe benefits.

## V.   STATEMENT OF CLAIM

### COUNT I – Breach of Contract

11. Fowler incorporates by reference paragraphs one (1) through ten (10) of this Complaint as if same were fully set forth herein.

12. A contract existed between Fowler and Echo Lake.

13. Echo Lake materially breached the contract when it terminated Fowler's employment without good cause.

14. Fowler has suffered and is continuing to suffer damages as a result of Echo Lake's material breach of contract.

15. Fowler has performed all conditions precedent required by the contract.

## VI.   PRAYER FOR RELIEF

WHEREFORE, Fowler, by counsel, prays for judgment in his favor for:

a) back pay for lost salary;

b) compensation for the loss of his bonuses;

c) the value of lost fringe benefits;

d) prejudgment interest;

e) costs of this action; and

  f) all other relief appropriate under the circumstances.

            Respectfully submitted,

            **THEISEN HUBLEY LAW**

            <u>/s/ *John C. Theisen*</u>
            John C. Theisen (549-02)
            Nathaniel O. Hubley (28609-64)
            810 S. Calhoun Street, Suite 200
            Fort Wayne, IN 46802
            Telephone: 260-422-4255
            *Attorneys for Plaintiff*